BRODSKY MICKLOW BULL & WEISS LLP
Eugene A. Brodsky, State Bar No. 36691
Edward M. Bull, III, State Bar No. 141996
Amy Jo Bull, State Bar No. 135939
384 Embarcadero West, Suite 200
Oakland, California 94607-3704
Telephone:   (510) 268-6180
Facsimile:    (510) 268-6181

Attorneys for Plaintiff,
Maurice Baptiste

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURICE BAPTISTE<br><br>    Plaintiff,<br><br>vs.<br><br>THE UNITED STATES OF AMERICA, | CASE NO.  3:12-cv-04213-TEH (JCS)<br><br>**STIPULATION OF DISMISSAL**<br><br>**[F.R.C.P. Rule 41(a)(1)(A)(ii)]** |

It is hereby STIPULATED by and between Plaintiff MAURICE BAPTISTE ("Plaintiff") and Defendant The United States of America, that this entire case be and hereby is dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Procedure, each party to bear their own attorney's fees and costs.

DATED: June 7, 2013          BRODSKY MICKLOW BULL & WEISS LLP

                             By /S/ Edward M. Bull III
                                Edward M. Bull III

                             Attorneys for Plaintiff
                             Maurice Baptiste

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]

6/10/2013

IT IS SO ORDERED
/s/ Thelton E. Henderson
Judge Thelton E. Henderson

---

STIPULATION OF DISMISSAL          1          CASE NO.  3:12-cv-04213-TEH (JCS)

| | | |
|---|---|---|
| 1 | DATED: June 7, 2013 | STUART F. DELERY<br>Assistant Attorney General |
| 2 | | MELINDA L. HAAG<br>United States Attorney |
| 3 | | R. MICHAEL UNDERHILL<br>Attorney in Charge, West Coast Office |
| 4 | | Torts Branch, Civil Division<br>U.S. Department of Justice |

By  /S/   John Cox
           John Cox
           Jennifer M. Porter

KEESAL, YOUNG & LOGAN

Attorneys for Defendant
THE UNITED STATES OF AMERICA

CERTIFICATE OF SIGNATURE

I attest that the content of this document is acceptable to attorney, John Cox, and that he authorized me to sign the document on his behalf.

 /s/ Edward M. Bull III