1  BRODSKY MICKLOW BULL & WEISS LLP
   Eugene A. Brodsky, State Bar No. 36691
2  Edward M. Bull, III, State Bar No. 141996
   Amy Jo Bull, State Bar No. 135939
3  384 Embarcadero West, Suite 200
   Oakland, California 94607-3704
4  Telephone:   (510) 268-6180
   Facsimile:   (510) 268-6181
5
   Attorneys for Plaintiff,
6  Maurice Baptiste

7

8                  UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11 | MAURICE BAPTISTE            ) CASE NO.  3:12-cv-04213-TEH
                                 ) (JCS)
12 |         Plaintiff,          )
                                 ) **STIPULATION OF DISMISSAL**
13 | vs.                         )
                                 ) **[F.R.C.P. Rule 41(a)(1)(A)(ii)]**
14 |                             )
   | THE UNITED STATES OF AMERICA, )
15 |                             )
                                 )
16 |_____)

17

18     It is hereby STIPULATED by and between Plaintiff MAURICE BAPTISTE

19 ("Plaintiff") and Defendant The United States of America, that this entire case be and

20 hereby is dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of

21 Procedure, each party to bear their own attorney's fees and costs.

22     DATED: June 7, 2013           BRODSKY MICKLOW BULL & WEISS LLP

23                                   By /S/ Edward M. Bull III
                                        Edward M. Bull III
24   6/10/2013
                                     Attorneys for Plaintiff
25   IT IS SO ORDERED                Maurice Baptiste

26

27   Judge Thelton E. Henderson

28

STIPULATION OF DISMISSAL              1            CASE NO.  3:12-cv-04213-TEH (JCS)

| | | |
|---|---|---|
| 1 | DATED: June 7, 2013 | STUART F. DELERY<br>Assistant Attorney General |
| 2 | | MELINDA L. HAAG<br>United States Attorney |
| 3 | | R. MICHAEL UNDERHILL<br>Attorney in Charge, West Coast Office |
| 4 | | Torts Branch, Civil Division<br>U.S. Department of Justice |

By  /S/   John Cox
        John Cox
        Jennifer M. Porter

KEESAL, YOUNG & LOGAN

Attorneys for Defendant
THE UNITED STATES OF AMERICA


CERTIFICATE OF SIGNATURE

I attest that the content of this document is acceptable to attorney, John Cox, and that he authorized me to sign the document on his behalf.

                                                           /s/ Edward M. Bull III